# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s) | |
| vs. | Case Number:  12-CR-40026-JPG |
| JERI A. HAUGHT, | |
| Defendant(s) | |

## ORDER

Before the Court is Defendant's Motion to Correct Clerical Error (Doc. 77), in which counsel essentially states that the Bureau of Prisons' interpretation of the Court's judgment entered on June 15, 2016 is contrary to the Court's oral announcement of sentence. No clerical error was made. It is the intention of the Court the defendant serves 4 months in the Bureau of Prisons and 4 months home confinement.  The Court **GRANTS** the motion at (Doc. 77) and orders that an amended judgment be entered.

**IT IS SO ORDERED.**

Dated: August 24, 2016

*s/J. Phil Gilbert*
HON. J. PHIL GILBERT
UNITED STATES DISTRICT JUDGE